1  **WO**

2

3

4                  IN THE UNITED STATES DISTRICT COURT

5                      FOR THE DISTRICT OF ARIZONA

6

7   United States of America,                )

8              Plaintiff,                     )      **CR-07-50044-PHX-MHM**
                                              )
9   vs.                                       )
                                              )      **DETENTION ORDER**
10                                            )
    Miguel Diaz-Moreno,                       )
11                                            )
              Defendant.                      )
12                                            )

13  _____ )

14        Defendant  appeared before this Court on a Petition for Revocation of Supervised

15  Release.  The Court considered the Petition and file in determining whether defendant

16  should be released on conditions set by the Court.

17        The Court finds that defendant has failed to carry his burden of establishing that he

18  will not flee pursuant to 18 U.S.C. §3142(b) or (c).  Further, that  there is no condition or

19  combination of conditions that will reasonably assure the appearance of defendant as

20  required.

21        IT IS THEREFORE ORDERED that defendant be detained pending further

22  proceedings.  18 U.S.C. §3142(e); Rules 32.1(a)(1) and 46(c), Federal Rules of Criminal

23  Procedure.

24        DATED this 8th day of June, 2007.

25

26

27                                    _____
                                               Edward C. Voss
28                                    United States Magistrate Judge